UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND; GEORGE TEDESCHI, Trustee; and PAUL ROSENBERG, Trustee 1900 L Street, N.W. Washington, DC 20036,<br><br>Plaintiff,<br><br>v.<br><br>THE PRINTING NETWORK 11569 Edmonston Road Beltsville, MD 20705<br><br>Defendant. | Civil Action No. 1:05CV01303-RMC |

### AFFIDAVIT OF SERVICE

I, Niki Goins, in lieu of an affidavit as permitted by 28 U.S.C. 1746, declare under penalty of perjury that the following is true:

On or before July 12, 2005, the following party was served with the summons and complaint in this matter by certified mail, return receipt requested, as follows:

The Printing Network
11569 Edmonston Road
Beltsville, MD 20705

A true copy of the signed return receipt is attached.

Dated: 7/20/05

*Niki Goins* (signed)
Niki Goins

MCA000035001