| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| No. 1:05CV01303-RMC<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Mike Labbe, President<br>The Printing Network<br>11569 Edmonston Rd.<br>Beltsville, MD 20705 | A. Received by (Please Print Clearly)    B. Date of Delivery<br>C. Signature<br>X *Michael Labbe*    ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>[BELTSVILLE MD 20705 USPS JUL 12 2005 postmark]<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (C    7003 1680 0001 2454 1840 | |
| PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952 | |

MCA000036001