UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION ) <br> SUPPLEMENTAL RETIREMENT AND DISABILITY FUND ) <br> GEORGE TEDESCHI, Trustee; and ) <br> PAUL ROSENBERG, Trustee ) <br> 1900 L Street, N.W. ) <br> Washington, DC 20036 ) <br>                             Plaintiffs,  ) <br>         ) <br>         vs.  ) <br>         ) <br> THE PRINTING NETWORK ) <br> 11569 Edmonston Road ) <br> Beltsville, MD 20705 ) <br>                             Defendant.  ) | Civil Action No. <br> 1:05CV01303-RMC |

AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this  5th   day of   October , 2005, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant The Printing Network was served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on or before :

        July 12, 2005                                                  .

    I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiffs; although an extension has been given, the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

    The Clerk is requested to enter a Default against said defendant(s).

                                                Martin R. Ganzglass

                                                _____s_____
                                                Attorney for Plaintiffs
                                                O'DONNELL, SCHWARTZ & ANDERSON, P.C.
                                                1900 L Street, N.W. Suite 800

Bar Id. Number: 024174                   Washington, DC 20036     202-898-1824

**Certificate of Service**

  I hereby certify that I have this day caused the following people to be served by first class postage prepaid mail with a copy of the Foregoing Affidavit in Support of Default:

  The Printing Network
  11569 Edmonston Road
  Beltsville, MD 20705

Dated: October 6, 2005            /s/ Martin R. Ganzglass