UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS SUPPLEMENTAL RETIREMENT AND DISABILITY FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE PRINTING NETWORK, <br><br> Defendant. | Civil Action No. 05-1303 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on June 29, 2005. The record reflects that Defendant The Printing Network was served with a summons and copy of the complaint on July 12, 2005. Upon Plaintiff's request pursuant to Federal Rule of Civil Procedure 55(a), the clerk entered default as to Defendant on April 12, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before **October 23, 2006**, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: October 2, 2006                                                         /s/
                                                                              ROSEMARY M. COLLYER
                                                                              United States District Judge