UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GRAPHIC COMMUNICATIONS INTERNATIONAL UNION SUPPLEMENTAL RETIREMENT AND DISABILITY FUND, et al<br><br>Plaintiffs,<br><br>v.<br><br>PRINTING NETWORK<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05CV1303<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Graphic Communications International Union Supplemental Retirement and Disability Fund and its Trustees hereby request that this action against Defendant The Printing Network be dismissed with prejudice, each side to bear its own costs and attorneys fees.

Date: October 18, 2006                                      Respectfully submitted,


                                                                             _____
                                                                             Martin R. Ganzglass, DC Bar # 024174
                                                                             O'Donnell, Schwartz & Anderson, P.C.
                                                                             1900 L Street, NW Suite 800
                                                                             Washington, D.C.  20036
                                                                             (202) 898-1824

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Dismissal was served by First Class Mail, postage prepaid, on October 18, 2006 on:

>The Printing Network
>11569 Edmonston Road
>Beltsville, MD  20705

By:_____
      Martin R. Ganzglass